**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Xiomara Esther Hardison | No.   11-33623 |
| Debtor | Hon.  Pamela S. Hollis |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on December 14, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Mario M Arreola and Marilyn O. Marshall on December 14, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Xiomara Esther Hardison
4800 S. Chicago Beach Dr., APT# 1316N
Chicago, IL 60615

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Mario M Arreola
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603